```
                                                          FILED
                                                          JAN 24 2019
                                                          TIMOTHY M. O'BRIEN CLERK
                                                          By_____C/A_____Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARJORIE A. CREAMER )
PO BOX 25164 )
KC MO 64119 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. )  Case Number  19-cv-2044
)
Alumni WASHBURN LAW SCHOOL )
Name )
1700 SW COLLEGE AVE )
Street and number )
TOPEKA KS 66621 )
City    State    ZipCode )

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff  MARJORIE A. CREAMER

Mailing address   PO Box 25164
                  KC MO 64119

home  705 South Monroe
      Smith Center Ks 66967

[Property fraud]

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. ~~Defendant~~ WASHBURN LAW SCHOOL is

alumni ~~graduates~~ ~~employed at~~ 1700 SW. College Ave
Topeka KS 66621

Graduate of Washburn Law School

C. Additional Defendants JOHN BIRD attorney,
attorney Shannon McDOWELL, CHANTZ MARTIN attorney,
BRIAN JACQUES attorney, Judge Glenn Braun
GREG ~~SCHWAR~~ SCHWARTZ, attorney

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount: KANSAS

1. Plaintiff is a citizen of the State of KANSAS
2. The first-named defendant above is either
   a. a citizen of the State of ~~(scribbled)~~ ; or
   
   taxes + public school
   
   b. a corporation incorporated under the laws of the State of KANSAS and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _____ ; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

alumni 7 pages see attached of 2 cases past to
HLE - LWT
Smith Co Dis Court Ks #13pr22

2

1-7

#
John Bird — Current # 15-4871 Dist of Kansas
Entry of Appearance — Intentional torts — Creamer Gladenesto
so 2015 — Conflict - client

Trego County District Court
Wakeeny Kansas

attended WASHBURN night School 1978 — 1978 Divorce
1978 as Creamer 1982 — Creamer / Gottschalk

Creamer atty FHSU 1984 / 1988 — Child Custody
Zachary Robert Gottschalk
child — Kansas resident

Father Steve Gottschalk lived in Colorado

1984 Divorce
Ellis Co. District Court
Ford Co. District Court
Kansas's

FHSU intern with Washburn

Kidnapped my son Zachary as he was a resident born and raised in Kansas

Washburn is publicly funded, independently governed and STATE coordinated. In addition to funding from city and county TAXES, Washburn receives financial support STATE of KANSAS

hide the 2-7/1st illegal Intent of a divorce w/ 1978 filed illegally in Trego County District Court Ks as to coverup the division of [Property] in Ellis County. Ks [child custody] Such as later 2013 ~~tangihome possession~~ ~~Property FRAUD Washburn~~ attorney = McDowell = Martin = Jaques 2013 on Howard Leroy Ellis filed in Smith Co Dist Co. Last Will and Testament Smith Center Ks #13pr22 ATTACHED SEE LW and T of HLE and illegally call Creamer incompetent

Creamer Moved to Co after loss of child 3-7 / #92S1673 Dist of Colorado

CREAMER v. LAIDLAW (ie Greyhound)

86 F. 3rd 167 (10th Circuit 1996)

False case law of 2 incidents April 24, 1991

RAPE, assault battery

CREAMER'S name used by attorney A.T. Brake, Denver, Colorado

Michael Shannon McDowell — 785-282-6688
4-7
120 E. Court St
Smith Center, Ks
66967
# ESTATE

his will + test Howard Leroy Ellis

2009/10 - 9 not admitted
my(Cleaner) Howard contacted McDowell after
Cobalt car accident 2009 —

Howard Leroy Ellis Last Well
and Testament 2012 admitted
as was the same 2008 of Stacey Siebel
Hay Ks

Smith County
Dist. Court
Smith Center #13pr22
Ks
Howard
Leroy
IN the matter of Ellis

Order Judge Kirchhoff — intentionally abided client CHARLES
Oct 4 hearing order 7, 2013 — ELLIS, Eyecat Estate
No access to home — to commit Estate
No key given to Cleaner for Property fraud
705 South
Monroe
Smith Center Ks

Frazier + ~~Johnson~~ 5-7

CHANTZ N. MARTIN, LLC    785-738-5723

116 North Hersey Ave

#

PO Box 369
Belort Ks 67420

Belort Ks 67420

Mayrie A Creamer    Breach of Contract
Signed 2013 for   Last Will and Test
                  Howard Leroy Ellis
          Smith Court Dist. Court
                              #13pr22

Property Fraud

Brian Jacques   #785-357-6311
SLOAN LAW office Topeka   534 S. Ks. Ave
Christopher Hay Ks        Topeka Ks 66603

LAW   Incompetent - Breach Contract   Civil
           by Hay, Ks           FTSU
Scholar Intern
Affordable   tution - Color., MO, Neb., OK
                    or TX pay resident
                              tution

23rd judicial 6-7

[Chief Judge Glenn Braun
Ellis Co Dist, KS]

2012 appointed Ellis Co Dist KS.

2013 killed Howard Leroy Ellis

Shanno McDowell attorney not allow Creamer her Home

2015 — Creamer Homeless
due to Property Fraud
#13p122 Smith Co Dist Court
Kansas in matter of H.L. Ellis

Schwartz
Greg  785 625 0024
1401 Main St. #A
Hays KS 67601

appointed after
Judge Glenn Braun
Not Dismiss 2015 case
Ellis Co Dist, KS #15CR1179
15CT17

No probable cause
to be arrested nor detained on
March 13, 2015 preliminary hearing, weeks later
Charged Intent - Illegal

7-7

All Hay Ks attorneys Washburn alumni worked for John Bird's Law firm

1 - Judge Glenn Braun
2 - Greg Schwartz

Conspiring to abide intentionally to deny due process of law, call CREAMER Incompetent

Ellis County Cases #15 CT 17
#15 CR 139

and Conspiring to intentional file cases to commit Creamer and call her ~~Incompetent~~ Incompetent so as

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____ . DR 9-102
School funds

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

ABA Model Rules & Canons

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):
DR 2-103 re
CANON 4 — #48-71 Dist of KS
15-78

Possible about all of them   BIRD
1978 Trego Co
Divin
drugt

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

A. Conspiracy of Jesus of Broken Canons of Ethics of Graduates of Washburn LAW School intent to knowingly aide client in illegal schemes by breach of contract, due process violation, property fraud and misleading own client to point of saying they are incompetent in order to over step Boundries of LAW

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) Intentional Torts of Alumni School of Washburn as if 3 their Law degree is above the Law to Rob, murder, Committ with help of Police & LAW

_____

_____

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒  No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒  No ☐

VII. Do you claim punitive monetary damages? Yes ☒  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.  HARASS, MALICIOUSLY Injured point in case years of intentionally Wasted law alumni crooky CAREER
CHILDREN
FAMILY, FRIENDS
PROPERTY
LAND
HOME     over  $75,000.00

for their own interests while breaking the law either constitutionally or statutory KS. causing pain, humiliation, Homelessness,

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☒   Judicial

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Check the Creamer's cases exposure to excessive force police violations and attorneys

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

predatory and knowingly aiding their clients in illegal schemes.

IX. Related Litigation:

Please mark the statement that pertains to this case: Dist of Ks  #15-4871 Creamer v Colehour  Current Sola Bird Entry of appearance

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number #13AF22 and assigned to the Honorable Judge Kirchoff  Smith Co. District, Smith Center, Ks

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Several filed in Dist of KS against McDowell Martin Jacqui

Signature of Plaintiff: Mary A Creamer   Jan 24, 2019

Name (Print or Type): MARJORIE A. CREAMER

Address: PO Box 25164  KC MO 64119

5

<u>KC</u>     <u>MO</u>     <u>64129</u>
City         State        Zip Code

<u>816 - 872 - 2803</u>
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Jan 24, 2019

_____
Signature of Plaintiff

Dated: 1-24-2019

(Rev. 10/15)

6